# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Jacklyn M. Hernandez  JOINT DEBTOR: Marcelino Hernandez   CASE NO.:_____
Last Four Digits of SS# 2711           Last Four Digits of SS# 1138

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,654.03  for months  1 to 60 ; in order to pay the following creditors:

Administrative:         Attorney's Fee - $ 3,650 + $775 (motion to value) = 4425 TOTAL PAID $ 1,850
                      Balance Due     $ 1,800 payable $ 51.50/month  (Months 1 to 50)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage              Arrearage on Petition Date   $32,000
Address: POB 14411                         Arrears Payment      $ 533.33    /month (Months  1     to  60    )
Des Moines, IA 50306-3411                  Regular Payment      $ 1,629.30  /month (Months  1     to  60    )
Account No:  xxxx1688

2.  Lakes of The Meadow                    Regular Payment $140.00/month (Month 1 to 60)
Address: c/o First Service Residential
4450 SW 152 Avenue
Miami, FL 33185
Account No:xxxx 3201

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lakes of the Meadow Account No: xxxx3201 | 5316 SW 152 Place Circle, Miami, FL 33185  $196,934.00 | 0% | $0.00/None | None | Strip off arreas on association |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due  $_____
                       Payable    $_____/month  (Months____to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 34.50/month  (Months 1 to  50) and Pay $ 86.00  /month (Months 51 to  60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.                        /s/Robert Sanchez, Esq.
Attorney for Debtor                             Attorney for the Joint Debtor
Date: 10-3-2016                                 Date: 10-3-2016


LF-31 (rev. 01/08/10)