UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:  CASE NO. 16-23580-RAM
CHAPTER 13

JACKLYN M. HERNANDEZ
MARCELINO HERNANDEZ,

Debtors.
_____/

**SECURED CREDITOR'S OBJECTION TO
CONFIRMATION OF
CHAPTER 13 PLAN [DE 2]**

MOVANT, LAKES OF THE MEADOW MASTER MAINTENANCE ASSOCIATION, INC. ("Association"), a secured creditor, by and through its undersigned attorney, objects to confirmation of the Debtors Chapter 13 Plan (the "Plan") [DE 2], and states:

1. Debtors Plan fails to provide for full payment of secured claim in violation of the requirements of §1325(a)(5).

2. As of the petition date, the Debtors were in arrears with the Association with respect to the payment of assessments. The Association shall be filing a proof of claim in this matter.

3. Association has not accepted the Chapter 13 Plan.

WHEREFORE, Movant, LAKES OF THE MEADOW MASTER MAINTENANCE ASSOCIATION, INC. files this objection to confirmation of the Debtors Chapter 13 Plan and moves the Court to deny confirmation of said Plan.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 19th day of October, 2016 to: Robert Sanchez, Esquire, 355 W 49th Street, Hialeah, Florida 33012; Jacklyn Marie Hernandez and Marcelino Hernandez, 5316 SW 152 Place Circle, Miami, Florida 33185 and Nancy K. Neidich, Trustee, POB 279806, Miramar, Florida 33027.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
Attorneys for ASSOCIATION
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone: 305-442-3334
jberlowitz@srhl-law.com

BY:   /s/ Jeffrey S. Berlowitz, Esquire
JEFFREY S. BERLOWITZ, ESQUIRE
Florida Bar No. 963739