UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO: 16-23580-RAM
                                                          CHAPTER 13
JACKLYN MARIE HERNANDEZ AND
MARCELINO HERNANDEZ,

    Debtor
_____/

## WELLS FARGO BANK, N.A.'S OBJECTION
## TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A., its successor and/or assigns ("Secured Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Amended Chapter 13 Plan* (Doc 20), and states as follows:

1.    Jacklyn Marie Hernandez and Marcelino Hernandez (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 4, 2016.

2.    Secured Creditor holds a security interest in the Debtor's real property located at 5316 SW 152ND PLACE CIRCLE, MIAMI, FL 33185 (the "Property"), by which Secured Creditor intends to timely file a proof of claim.

3.    Upon information and belief, the Property is the Debtor's principal residence. Secured Creditor objects, pursuant to Bankruptcy Code § 1322(b)(2), to confirmation of the Plan as it impermissibly modifies Secured Creditor's rights as a secured creditor or proposes to pay Secured Creditor less than what is contractually due.

4.    The Debtor's Chapter 13 Plan (Doc 20; the "Plan") is proposing to cure arrears of $32,000.00 and pay regular payments of $1,629.30 for months 1 to 60.

5.    Secured Creditor objects to confirmation of the Plan as the Plan does not conform to

its preliminary proof of claim figures. According to preliminary proof of claim figures, the arrears as of the date of filing are approximately $39,086.55 as opposed to $32,000.00 proposed in the Plan.

6. Secured Creditor objects to any proposed Chapter 13 plan that is inconsistent with Secured Creditor's Claim or is not amended or modified to overcome its objections.

7. Secured Creditor reserves the right to supplement or amend this objection.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Jacklyn Marie Hernandez, 5316 SW 152 Place Circle, Miami, FL 33185 and Marcelino Hernandez, 5316 SW 152 Place Circle, Miami, FL 33185; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 15th day of November, 2016.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
PO. Box 25018
Tampa, FL 33622
Phone: (813) 251-4766 Ext. 4740
Fax: (954) 618-6954
Floridabklegal@brockandscott.com

/s/ Shaina Druker

SHAINA DRUKER, ESQUIRE
Florida Bar No. 0100213