**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2nd Amended plan**

DEBTOR: Jacklyn M. Hernandez  JOINT DEBTOR: Marcelino Hernandez   CASE NO.: 16-23580-RAM
Last Four Digits of SS# 2711      Last Four Digits of SS# 1138

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 2,795.64 for months 1 to 60 ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,650 + $775 (motion to value) = 4425 TOTAL PAID $ 1,850
      Balance Due   $ 2575  payable $ 51.50/month  (Months 1 to 50)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage      Arrearage on Petition Date   $39646.55
Address: POB 14411        Arrears Payment   $ 660.78  /month (Months 1 to 60)
Des Moines, IA 50306-3411      Regular Payment   $ 1,629.30 /month (Months 1 to 60)
Account No: xxxx1688

2. Lakes of The Meadow        Regular Payment $140.00/month (Month 1 to 60)
Address: c/o First Service Residential
4450 SW 152 Avenue
Miami, FL 33185
Account No:xxxx 3201

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lakes of the Meadow Account No: xxxx3201 | 5316 SW 152 Place Circle, Miami, FL 33185 $196,934.00 | 0% | $0.00/None | None | Strip off arreas on association |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None     Total Due  $_____
      Payable   $_____/month  (Months ___ to ___)  Regular Payment $_____

Unsecured Creditors: Pay $ 34.50/month  (Months 1 to 50) and Pay $ 86.00 /month (Months 51 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.        /s/Robert Sanchez, Esq.
Attorney for Debtor         Attorney for the Joint Debtor
Date:  11-22-2016         Date:  11-22-2016

LF-31 (rev. 01/08/10)