UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-23580-RAM
CHAPTER: 13

IN RE:

JACKLYN MARIE HERNANDEZ and
MARCELINO HERNANDEZ,

    Debtors.

_____/

### LAKES OF THE MEADOW MASTER MAINTENANCE ASSOCIATION, INC.'S NOTICE OF PAYMENT CHANGE

Lakes of the Meadow Master Maintenance Association, Inc. ("Association"), by and through counsel, hereby gives notice of the following payment change on the monthly maintenance assessment ("Assessment") due from the Debtors to the Association as follows:

    a.    From January 1, 2016 through December 31, 2016, the Assessment was $109.58.

    b.    From January 1, 2017 through December 31, 2017, the Assessment was $109.58.

    c.    From January 1, 2018 through December 31, 2018, the Assessment was $109.58.

    d.    From January 1, 2019 through December 31, 2019, the Assessment was $110.97.

    e.    Commencing January 1, 2020, the Assessment was $115.00.

The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtors.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

SIEGFRIED RIVERA
Attorneys for Association
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134
Telephone: 305-442-3334
Fax: 305-443-3292
jberlowitz@siegfriedrivera.com

BY:/s/ Jeffrey S. Berlowitz, Esq.
Jeffrey S. Berlowitz, Esq.
Florida Bar No. 963739

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 30th day of January, 2020 to: Robert Sanchez, Esq., 355 W 49 Street, Hialeah, Florida 33012, (court@bankruptcyclinic.com), and Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027.

BY:/s/ Jeffrey S. Berlowitz, Esq.
Jeffrey S. Berlowitz, Esq.
Florida Bar No. 963739