UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Jacklyn Marie Hernandez                                    Case No: 16-23580-RAM
    and                                                                    Chapter 13
Marcelino Hernandez
_____Debtor_____/

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Debtor, Jacklyn Marie Hernandez and Marcelino Hernandez, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: **US Bank Trust NA**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 1688 | $39,645.55 | $39,645.55 | $39,647.10 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee and directly by Debtors along with the arrearage and any post-petition mortgage fees, expenses and charges.**

Name of Creditor**: US Bank Trust NA**

**Mortgage Payoff**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 1688 | $93,818.40 | $93,818.40 | $93,818.40 |

**Monthly ongoing escrow payments were paid through the Chapter 13 Trustee and directly by Debtors along with the arrearage and any post-petition mortgage fees, expenses and charges.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and via regular mail to all parties on the service list on January 13, 2022.

Brock & Scott, PLLC
c/o Shaina Druker
Attorney at Law
POB 25018
Tampa, FL 33622

U.S. Bank Trust National Association
c/o Ghidotti Berger, LLP
1920 Old Tustin Avenue
Santa Avenue, CA 92705

U.S. Bank Trust National Association as
Of the Chalet Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Wells Fargo Bank, NA
Default Document Processing
MAC #N9286-01Y
1000 Blue Gentian RD
Eagan, MN 55121-7700

Wells Fargo Bank, NC
3476 Stateview Blvd
Ft. Mill, South Carolina, 29715

**Via Certified Mail**
Wells Fargo Bank, N.A.
c/o Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wells Fargo Bank
c/o Charles W. Scharf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Home Mortgage
c/o Mike Heid, CEO
One Home Campus,
Des Moines, IA 50328-0001

Wells Fargo Bank
c/o Timothy J. Sloan, CEO
P.O. Box 63750
San Francisco, CA 94163

Wells Fargo Bank
c/o Timothy J. Sloan, CEO
P.O. Box 63710
San Francisco, CA 94163

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008
By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN# 0442161